OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN 12. 2015

**6/10/2015**

**Johnson, J**

The appellant's petition for discretionary review has this day been received and filed.

RETURNED TO SENDER

No Longer on This Unit

**Tr. Ct. No. 1377007**

**COA No. 14-14-00210-CR**

**PD-0397-15**

Abel Acosta, Clerk

JONATHAN GLEN JOHNSON
TDC# 01943739

U TF

Bench warrent